UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAISAKU SUZUKI and KAZUYA OMOTO,<br><br>**Appellants,**<br><br>v.<br><br>MARINEPOLIS U.S.A., INC., *et al.*,<br><br>**Appellees.** | No. 25-499<br><br>APPELLANTS' MOTION TO COMPEL RESPONSE OR CLOSE BRIEFING<br><br>(Appeal from Western Dist. of Wash. No. 2:21-cv-01229-KKE) |

## I.   RELIEF REQUESTED

Appellants have filed their opening brief in this appeal. The deadline for Appellees to file a responsive brief has now passed. Appellants respectfully request that this Court either issue on Order compelling Appellees to file a response, or in the alternative, to issue an Order closing briefing and then decide the matter based only on the existing briefing.

## II.   FACTS RELEVANT

Appellants filed and served their opening brief on April 4, 2025. DktEntry: 8.1. Pursuant to FRAP 31(a)(1), "The appellee must serve and file a brief within

APPELLANTS' MOTION TO COMPEL
RESPONSE OR CLOSE BRIEFING
No. 25-499 – 1

Western Washington Law Group, PLLC
10485 NE 6ᵗʰ St, #1820
Bellevue, WA 98004
425.728.7296
docs@westwalaw.com

30 days after the appellant's brief is served." As of today, May 9, 2025, more than 30 days have passed, and the Appellees have failed to file a brief or move the Court for an extension of time.

### III.  GROUNDS AND AUTHORITY

Ninth Circuit Rule 31-2.3 states, "If appellee does not elect to file a brief, appellee shall notify the Court by letter on or before the due date for the answering brief. Failure to file the brief timely or advise the Court that no brief will be filed will subject counsel to sanctions." FRAP 31(c) states, "An appellee who fails to file a brief will not be heard at oral argument unless the court grants permission."

Counsel for Appellees should be subject to sanctions. Accordingly, Appellants request that this Court either issue an Order compelling a response brief, or in the alternative, close briefing and consider the merits of the appeal based on the sole existing brief.

Dated May 12, 2025.

        WESTERN WASHINGTON LAW GROUP, PLLC

        */s/ Dennis J. McGlothin*
        Dennis J. McGlothin, WSBA #28177
        *Attorney for Appellants*

APPELLANTS' MOTION TO COMPEL
RESPONSE OR CLOSE BRIEFING
No. 25-499 – 2

Western Washington Law Group, PLLC
10485 NE 6th St, #1820
Bellevue, WA 98004
425.728.7296
docs@westwalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System. The said Notice of Electronic Filing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 12, 2025, at Spokane, Washington.

*/s/ Kelly D'Ettorre*
Kelly D'Ettorre, Paralegal

APPELLANTS' MOTION TO COMPEL
RESPONSE OR CLOSE BRIEFING
No. 25-499 – 3

WESTERN WASHINGTON LAW GROUP, PLLC
10485 NE 6th St, #1820
Bellevue, WA 98004
425.728.7296
docs@westwalaw.com